# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Jihad Garrett

*Petitioner*

v.  Civil Action No. 3:23-cv-00061

Warden R. Brown

*Respondent*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other:  Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. Judgment is entered in favor of the respondent. This case is stricken from the active docket of this Court.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge  John Preston Bailey

Date: May 9, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ J. Elizalde

*Signature of Clerk or Deputy Clerk*